[Civ. No. 667.   Third Appellate District.—January 26, 1910.]

## PACIFIC UNION CLUB, Respondent, v. PALATINE IN-SURANCE COMPANY, Appellant.

FIRE INSURANCE—EXCEPTION IN POLICY—LOSS BY EARTHQUAKE—RULE OF DAMAGES—UNTENABLE DEFENSE—BREAKING OF WATER-MAINS. *Held,* that the judgment in this case must be affirmed on the author-ity of case No. 666, *supra.*

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.   J. M. Seawell, Judge.

The facts appearing in the pleadings are the same as those appearing in case No. 666, *supra.*

T. C. Van Ness, and Otto Irving Wise, for Appellant.

Pillsbury, Madison & Sutro, for Respondent.

CHIPMAN, P. J.—Appellant states in its opening brief that the facts in this case are identical with those in *Pacific Union Club* v. *Commercial Union Assurance Company, ante,* p. 503, [107 Pac. 728], this day decided.

Upon the authority of that case, the judgment is affirmed.

Burnett, J., and Hart, J., concurred.